UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20348-GAYLES

UNITED STATES OF AMERICA

vs.

DARIO MIGUEL GAINZA DOIMEADIOS,

    **Defendant.**
_____/

**FACTUAL PROFFER**

    The United States of America and the Defendant, DARIO MIGUEL GAINZA DOIMEADIOS ("GAINZA"), through counsel, hereby stipulate and agree that had this case proceeded to trial, the following facts, among others, would have been proved beyond a reasonable doubt:

    It was the purpose and object of the conspiracy for GAINZA and his co-conspirators to unlawfully enrich themselves and others by, among others things: (a) depositing false and fraudulent checks with stolen bank account and routing numbers from legitimate businesses into bank accounts that the defendants controlled; (b) forging victim signatures on the false and fraudulent checks; (c) withdrawing the funds from those accounts after the false and fraudulent checks cleared, but before the financial institutions discovered the fraud; and (d) using the illicit proceeds for their own personal benefit, the benefit of others, and to further the conspiracy.

    GAINZA's co-conspirators would obtain bank account information, including the account holder, routing number, and account number, for companies and individuals who had

bank accounts at a U.S. financial institution, without the companies' and individuals' permission.

GAINZA's co-conspirators would create false and fraudulent checks with the account holders' names imprinted on them, along with the stolen routing and bank account numbers from the account holders. The co-conspirators would then recruit individuals, like GAINZA, to use their existing bank account in the Southern District of Florida to deposit, withdraw, and transfer victim funds. GAINZA's involvement and the specific fraudulent checks that he deposited and laundered are discussed below.

Between May 2023 and August 2023, 8 of the 24 counterfeit checks deposited during this conspiracy were deposited into GAINZA's business accounts. First, on May 22, 2023, GAINZA attempted to deposit a fraudulent check valued at $92,512 into his Royal Runner Inc. bank account. Next, on May 24, 2023, Arritola attempted to deposit a $48,625 counterfeit check into GAINZA's Royal Runners Inc. account. On June 5th and June 21st that same account received counterfeit checks valued at $46,867 and $51,243. The June 5, 2023 check was deposited by GAINZA himself, and the June 21, 2023 $51,243 counterfeit check was deposited on by Piga at the direction of GAINZA. On June 23, 2023, bank surveillance captured GAINZA depositing a $49,374.30 counterfeit check into his Royal Exotic Lifestyle LLC account. Between June 26, 2023 and August 14, 2023, three additional counterfeit checks valued at $140,907 were deposited into GAINZA's business accounts.

During the conspiracy, GAINZA knew that he and his co-conspirators were scheming to defraud a financial institution and to get money from the financial institution by using false or fraudulent pretenses about a material fact, the false or fraudulent pretenses were material, the

Defendant intended to defraud the financial institution, and the financial institution was federally insured.

The facts described above are not intended to be a complete recitation of the facts of this case and merely are intended to form a basis for the undersigned Defendant's knowing, willful, and intentional plea of guilty.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 2/25/25        By: _____
                          ROBERT F. MOORE
                          ASSISTANT UNITED STATES ATTORNEY

Date: 2/25/25        By: _____
                          SILVIA PINERA VAZQUEZ
                          ATTORNEY FOR THE DEFENDANT

Date: 2/25/25        By: _____
                          DARIO MIGUEL GAINZA DOIMEADIOS
                          DEFENDANT